1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   Trista L. Fairconnetue
6

7

8                    **UNITED STATES DISTRICT COURT**
                     **CENTRAL DISTRICT OF CALIFORNIA**
9                    **WESTERN DIVISION**

10

11

12 TRISTA L. FAIRCONNETUE,        ) Case No.:  CV 12-5696 JC
                                  )
13         Plaintiff,              ) ORDER OF DISMISSAL
                                  )
14      vs.                        )
   MICHAEL J. ASTRUE,              )
15 Commissioner of Social Security,)
                                  )
16                                )
           Defendant.              )
17                                )

18

19      The above captioned matter is dismissed with prejudice, each party to bear

20 its own fees, costs, and expenses.

21      IT IS SO ORDERED.

22 DATE:   October 23, 2012

23                          _____/s/_____
                            THE HONORABLE JACQUELINE CHOOLJIAN
24                          UNITED STATES MAGISTRATE JUDGE

25

26

-1-